WILLIAM GRAF, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25602.)

Submitted October 20, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr.,* and *John M. Dooley* of counsel), for appellant.

*Arthur B. Towne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.